## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:08CV478-R

| | |
|---|---|
| DOROTHY C. KNOTTS, | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | )     **ORDER** |
| UNC CHARLOTTE FACILITY MANAGEMENT, | ) |
| *et al.,* | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER** is before the Court on the recent referral of this matter to the undersigned, who is an adjunct professor at the Defendant's university. Accordingly, the undersigned must **RECUSE** himself from any further participation in the subject case.

**NOW THEREFORE**, the Clerk is directed to reassign this case to a referral Magistrate Judge other than the undersigned.

**SO ORDERED.**

Signed: October 23, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge