# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Dorothy C. Knotts,

    Plaintiff,     JUDGMENT IN A CIVIL CASE

vs.     3:08-cv-478-RLV

UNC Charlotte Facility Management, et al.,

    Defendants.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 10, 2011 Order.

    Signed: February 10, 2011

Frank G. Johns, Clerk
United States District Court